Judge Benjamin H. Settle

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL G. MCPHERSON,<br><br>Defendant. | NO. CR19-5213BHS<br><br>ORDER GRANTING UNOPPOSED CONTINUANCE OF TRIAL DATE AND PRETRIAL MOTIONS DATE |

THIS COURT having considered the Joint Status Report submitted by the parties, and General Orders 01-20, 11-20 and earlier Order of the United States District Court for the Western District of Washington addressing measures to reduce the spread and health risks from COVID-19, which are incorporated herein by reference, hereby FINDS as follows:

1. In light of the recommendations made by the Centers for Disease Control and Prevention (CDC) and Public Health for Seattle/Tacoma and King/Pierce County regarding social distancing measures required to stop the spread of this disease, it is not possible at this time to proceed with a jury trial in the immediate future.

2. Further, because of the recommendations that individuals at higher risk of contracting this disease –including individuals with underlying health

ORDER GRANTING UNOPPOSED CONTINUANCE OF TRIAL- 1
*UNITED STATES v. MICHAEL McPHERSON,* CR19-5213BHS

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

conditions, individuals age 60 and older, and individuals who are pregnant – avoid large groups of people, at this time, it would be difficult, if not impossible, to get a jury pool that would represent a fair cross section of the community. Based on the recommendations it would also be medically inadvisable to do so.

3. As set out in the parties' joint status report and motion to vacate trial date, the parties are in agreement that the psychological evaluation permitted by the court cannot be conducted in person until September or October 2020.

4. As a result, the failure to grant a continuance of the trial date in this case would likely result in a miscarriage of justice. Pursuant to 18 U.S.C. § 3161(h)(7)(A), the ends of justice served by continuing the trial in this case outweighs the best interest of the public and the defendant to a speedy trial.

IT IS THEREFORE ORDERED that trial is set for November 10, 2020. Pretrial Conference is set for November 2, 2020 at 2:30 p.m. Pretrial motions are due by October 1, 2020.

IT IS FURTHER ORDERED that the period time from the date of this order up to and including the trial date, shall be excludable time pursuant to 18 U.S.C. § 3161.

Dated this 26th day of August 2020.

BENJAMIN H. SETTLE
United States District Judge

Submitted by:

s/*Gregory A. Gruber*
GREGORY A. GRUBER
Assistant United States Attorney